# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| US EEOC | ) | Case No: 14 C 863 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| CVS Pharmacy, Inc. | ) | |

## ORDER

Ruling on motion hearing held. Defendant's joint motion to set a briefing schedule and for leave to file briefs exceeding the limits of the Local Rules is granted in part and denied in part [10]. All briefs shall not exceed 20 pages in length. Defendant's motion to dismiss, or in the alternative, for summary judgment to be filed by 4/18/14, response by 6/6/14, reply by 7/7/14. Status hearing set for 4/9/14 is re-set to 9/4/14 at 9:30 a.m.

(T:) 00:05

Date: 4/8/14                                                                 /s/ Judge John W. Darrah