UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00863<br><br>Judge John W. Darrah |

## DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant CVS Pharmacy, Inc. ("Defendant" or "CVS Pharmacy") respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff U.S. Equal Employment Opportunity Commission's ("EEOC") Complaint in the above-referenced matter because the Complaint fails to state a claim upon which relief can be granted. CVS Pharmacy alternatively moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 because there is no genuine issue of material fact and CVS Pharmacy is entitled to judgment as a matter of law. In support of this Motion, CVS submits its contemporaneously filed Memorandum of Law, Statement of Material Facts as to Which There is No Genuine Issue, and supporting exhibits and further states as follows:

1. Federal Rule of Civil Procedure 12(b)(6) authorizes this court to dismiss EEOC's Complaint for "failure to state a claim upon which relief can be granted." The allegations of a complaint, taken as true, "must plausibly suggest that the plaintiff has a right to relief, raising that possibility above a 'speculative level'; if they do not, the plaintiff pleads itself out of court."

*EEOC v. Concentra Health Servs., Inc.*, 496 F.3d 773, 776 (7th Cir. 2007) (quoting *Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1965 (2007)).

2. The EEOC's Complaint does not state a claim upon which relief can be granted. The Complaint alleges that CVS Pharmacy uses a severance agreement that "interferes" with the ability of former employees to file charges and otherwise cooperate with the EEOC's process and that the use of the agreement violates the "pattern or practice" provision of section 707(a) of Title VII of the Civil Rights Act of 1964 ("Title VII"). 42 U.S.C. § 2000e-6(a).

3. The Complaint's allegations fail as a matter of law because: (1) the agreement does not interfere with anyone's right to file a charge and cooperate with the EEOC; (2) the Complaint contains no allegations of any unlawful discrimination, retaliation, or any other unlawful employment practice as defined by Title VII; and (3) any section 707(a) action would require an intentional violation of Title VII, which the EEOC has not plausibly alleged and cannot show.

4. Dismissal is also appropriate under Rule 56, which provides that a "court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."

5. Title VII requires the EEOC to refrain from commencing a civil action until it has discharged its administrative duties. These duties include the requirement that the EEOC "endeavor to eliminate any alleged unlawful employment practice by informal methods of conference, conciliation and persuasion." 42 U.S.C. § 2000e-5(b); *accord* 42 U.S.C. §§ 2000e-5(f)(1), 2000e-6(c) & (e); 29 C.F.R. §§ 1601.1, 1601.24(a), 1601.25, 1601.27.

6. The undisputed material facts show that EEOC did not comply with its obligation to attempt to resolve this matter through voluntary "conciliation" efforts before it filed suit.

7. The EEOC's violation of Title VII's pre-suit requirements and the EEOC's procedural regulations deprived CVS Pharmacy of its right to a confidential resolution of this matter, has prejudiced CVS Pharmacy, and warrants dismissal of the EEOC's complaint.

WHEREFORE, based on the foregoing, and for the reasons set forth more fully in CVS Pharmacy's accompanying Memorandum of Law, Statement of Material Facts as to Which There is No Genuine Issue, and supporting exhibits, this Court should grant this Motion and dismiss this case with prejudice.

Dated: April 18, 2014

Respectfully submitted,

CVS PHARMACY, INC.

By: */s/ Eric S. Dreiband*
One of Its Attorneys

Eric S. Dreiband (Illinois Bar No. 6210456)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3720
Facsimile: (202) 626-1700

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 18th day of April, 2014.

                                                      */s/ Eric S. Dreiband*
                                          One of the Attorneys for CVS Pharmacy, Inc.