UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,**

        Plaintiff,

  v.

**CVS PHARMACY, INC.,**

        Defendant.

Civil Action No. 1:14-cv-00863

Judge John W. Darrah

### EEOC's OPPOSITION TO RETAIL LITIGATION CENTER, INC.'S MOTION FOR LEAVE TO FILE AS AMICUS CURIAE

1. On April 2, 2014, Defendant CVS Pharmacy, Inc. (CVS) petitioned this Court for leave to file briefs (a motion to dismiss, or in the alternative, a motion for summary judgment) exceeding the limits of the Local Rules. Specifically, CVS requested leave to file a thirty (30) page opening brief and a 15 page reply.

2. On April 8, 2014, the Court denied that request, and limited CVS to an opening brief of twenty (20) pages and a reply of twenty (20) pages.

3. In the same Order, the Court limited the EEOC's Response to CVS's Motion to twenty (20) pages, due on June 6, 2014.

4. Three weeks after this briefing schedule was set, the Retail Litigation Center, Inc. (RLC) — another client of CVS's counsel[1] — moved for leave to file a 15-page proposed *amicus* brief in support of CVS's motion.

---

[1] CVS counsel Eric Drieband is lead counsel of record for RLC in RLC's *amicus* brief in support of Mach Mining — and in opposition to the EEOC — in *EEOC v. Mach Mining, LLC*, No. 13-1019 (S.Ct.) (petition for writ of certiorari pending).

1

5. The proposed additional brief is partly duplicative of CVS's opening brief.

6. At the same time, the fifteen-paged *amicus* brief also makes alternative arguments and introduces a variety of collateral matters on CVS's behalf that CVS elected not to include within its twenty-page brief.

7. The proposed additional brief is not consistent with the page limits and schedule set by the Court and would give the EEOC less time to respond to more material.

8. The EEOC will be unfairly prejudiced if it is required to respond in just 20 pages to the 35 pages of briefing from CVS and RLC.

Accordingly, EEOC respectfully requests that this Court deny RLC's motion for leave to file an additional brief as *amicus curiae*.

Alternatively, if the motion for leave is granted, the EEOC respectfully requests that the deadline for the EEOC to file its response be reset to June 20, 2014, and that the EEOC be granted leave to file a fifteen (15) page sur-reply.

Dated: April 30, 2014

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: */s/ Laura R. Feldman*
One of Its Attorneys
Laura R. Feldman
Deborah Lois Hamilton
Gregory M. Gochanour
500 W. Madison Street
Suite 2000
Chicago, IL 60661
Telephone: (312) 869-8108
Facsimile: (312) 869-8124