**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 14-cv-863

U.S. Equal Employment Opportunity Commission

V.

CVS Pharmacy, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| NAME (Type or print) <br> Justin Mulaire | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Justin Mulaire | |
| FIRM <br> U.S. Equal Employment Opportunity Commission | |
| STREET ADDRESS <br> 500 W. Madison Street, Suite 2000 | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288437 | TELEPHONE NUMBER <br> (312) 869-8045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |