UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 14-cv-863 |
| CVS PHARMACY, INC., | ) ) | Judge John W. Darrah |
| Defendant. | ) | |

## **ORDER**

Status hearing set for 9/4/14 is re-set to 9/18/14 at 9:30 a.m. No appearance is necessary on 9/4/14.

Date: 9/3/2014                    /s/ John W. Darrah