**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| US EEOC | ) | Case No: 14 C 863 |
| v. | ) | Judge: John W. Darrah |
| CVS Pharmacy, Inc. | ) |  |

**<u>ORDER</u>**

For the reasons stated in the attached memorandum opinion and order, CVS's Motion for Summary Judgment [15] is granted. The case is terminated. Enter Memorandum Opinion and Order.

Date: 10/7/14                                                                /s/ Judge John W. Darrah