UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00863<br><br>Judge John W. Darrah |

### DECLARATION OF ERIC S. DREIBAND

I, Eric S. Dreiband, make the following declaration of my own personal knowledge, and could and would testify competently thereto if called as a witness in this matter:

1.  I am a partner in the law firm of Jones Day. I represent CVS Pharmacy, Inc. ("CVS") in the above-captioned matter.

2.  I graduated from Northwestern University School of Law. After graduating from law school, I clerked for the Honorable William J. Bauer of the U.S. Court of Appeals for the Seventh Circuit.

3.  I was first admitted to practice law in Illinois in 1992. I have been licensed to practice law in the District of Columbia since 2006 and am a member in good standing with the District of Columbia Bar. In addition to the District of Columbia, I am admitted to practice before courts in Illinois, the U.S. District Courts for the Northern District of Illinois and the District of Maryland, the U.S. Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, and District of Columbia Circuits, and the United States Supreme Court.

4.     I am the head of the Labor and Employment Group in Jones Day's Washington, D.C. office. My practice focuses on representing clients in civil rights, employment discrimination, whistleblower, and wage and hour litigation and investigations. I have been nationally recognized for my work in these fields.

5.     From 2003 to 2005, I served as the General Counsel of the Equal Employment Opportunity Commission ("EEOC"). In this capacity, I was responsible for the EEOC's enforcement of, and litigation concerning, Title VII of the Civil Rights Act of 1964, the Equal Pay Act, the Age Discrimination in Employment Act, and the Americans with Disabilities Act. While at EEOC, I issued the *Regional Attorneys' Manual*, which established the policies of EEOC's litigation.

6.     Prior to joining EEOC, I served as a deputy administrator in the U.S. Department of Labor's Wage and Hour Division. In this position, I directed the federal government's enforcement of federal laws such as the Fair Labor Standards Act and other federal laws.

7.     On February 7, 2014, EEOC filed its complaint against CVS in this matter. On the same day it filed its complaint, EEOC issued a press release titled *EEOC Sues CVS to Preserve Employee Access to the Legal System*. Through this press release, which I reviewed on or around the time it was issued, EEOC announced that it had filed suit against CVS and alleged that CVS had engaged in a pattern or practice of resistance to the rights of its employees to file discrimination charges and cooperate with EEOC.

8.     A true and correct copy of EEOC's February 7, 2014 press release is attached as Attachment 1 to this declaration.

9.     CVS hired Jones Day to represent it in this case. I am lead counsel on this case and am responsible for all aspects of this matter, including assembling a defense team, delegating

and assigning work to other members on the defense team, developing a defense strategy, producing final work product, representing CVS before EEOC, this Court, and the U.S. Court of Appeals for the Seventh Circuit, and billing CVS for these services. I was primarily responsible for performing the services for which CVS now seeks fees, including drafting the motions and briefings filed in this matter, appearing on CVS's behalf before this Court, preparing for and presenting oral argument to the Seventh Circuit.

10. Through my position at Jones Day and as lead counsel on this case, I am familiar with the qualifications and experience of the other defense team members who worked on this matter and for which CVS now seeks fees. This includes attorneys Jacob (Yaakov) Roth and Nikki McArthur. Mr. Roth is a ninth-year associate in Jones Day's Issues & Appeals Group and specializes in representing clients on high-stakes matters before federal district courts, federal appeals courts, and the United States Supreme Court. Mr. Roth attended Harvard Law School where he received the Fay Diploma, which is traditionally given to the student with the highest grade point average in his or her graduating class. After graduating from law school, Mr. Roth clerked for Judge Michael Boudin of the U.S. Court of Appeals for the First Circuit and Justice Antonin Scalia of the United States Supreme Court. Ms. McArthur also graduated with honors from Harvard Law School and has practiced in Jones Day's Labor and Employment Group since 2012. She is experienced in representing clients in a variety of labor and employment matters. Both Mr. Roth and Ms. McArthur have extensive experience litigating against the EEOC. Adria Villar was the lead Staff Attorney on this matter and Dana Robinson was the primary paralegal. Ms. Villar graduated from the Indiana University Law School in 2008 and provides a variety of litigation support services within the firm. Ms. Robinson has been a paralegal for fifteen years and has a master's degree in legal administration.

11. CVS seeks the following rates for the services of myself, Mr. Roth, Ms. McArthur, Ms. Villar, and Ms. Robinson.

| Eric Dreiband (Partner) | $560 / hour |
| Jacob Roth (Associate) | $475 / hour |
| Nikki McArthur (Associate) | $275 / hour |
| Adria Villar (Staff Attorney) | $175 / hour |
| Dana Griffin Robinson (Paralegal) | $175 / hour |

12. These rates are significantly less than what Jones Day actually billed, and was paid, for the firm's work on this matter. These rates are also lower than what Jones Day typically bills for these timekeepers on other similar matters.

13. In addition to myself, Mr. Roth, Ms. McArthur, Ms. Villar, and Ms. Robinson, several other lawyers and other individuals billed time on this matter. CVS compensated the firm for work performed for these other individuals. However, CVS has chosen not to seek fees for the work of these other timekeepers.

14. The total amount of fees CVS seeks to recover from the proceedings before this Court and the U.S. Court of Appeals for the Seventh Circuit is $446,339.50.

15. This includes 249.2 hours of time for representing CVS before this Court on, among other things, CVS's successful Motion to Dismiss or, in the Alternative, for Summary Judgment.

| Name | Hours | Rate | Total |
|---|---|---|---|
| Eric Dreiband | 135.9 | $560 | $76,104.00 |
| Jacob Roth | 87.9 | $475 | $41,752.50 |
| Nikki McArthur | 17.9 | $275 | $4,922.50 |
| Adria Villar | 7.5 | $175 | $1,312.50 |
| **Total** | **249.2** | | **$124,091.50** |

Attached as Attachment 2 to this declaration is a copy of the time records showing the fees CVS is seeking for the proceedings before this Court. These records provide the task performed, name of each attorney, staff attorney, or paralegal who billed time, the amount of time billed, and date the time was billed.

16. CVS also seeks fees for 574.3 hours of time to represent CVS on appeal before the U.S. Court of Appeals for the Seventh Circuit.

| Name | Hours | Rate | Total |
|---|---|---|---|
| Eric Dreiband | 392.5 | $560 | $219,800.00 |
| Jacob Roth | 116.3 | $475 | $55,242.50 |
| Nikki McArthur | 33.4 | $275 | $9,185.00 |
| Dana Griffin Robinson | 7.6 | $175 | $1,330.00 |
| Adria Villar | 24.5 | $175 | $4,287.50 |
| **Total** | **574.3** | | **$289,845.00** |

Attached as Attachment 3 to this declaration is a copy of the time records showing the fees CVS is seeking for the proceedings before the U.S. Court of Appeals for the Seventh Circuit. These records provide the task performed, name of each attorney, staff attorney, or paralegal who billed time, the amount of time billed, and date the time was billed.

17. Finally, CVS seeks fees for 66.2 hours of time associated with the preparation of its Motion for Attorneys' Fees.

5

| Name | Hours | Rate | Total |
|---|---|---|---|
| Eric Dreiband | 44.8 | $560 | $25,088.00 |
| Jacob Roth | 8.0 | $475 | $3,800.00 |
| Nikki McArthur | 11.7 | $275 | $3,217.50 |
| Dana Griffin Robinson | 1.7 | $175 | $297.50 |
| **Total** | **66.2** | | **$32,403.00** |

Attached as Attachment 4 to this declaration is a copy of the time records showing the fees CVS is seeking for time associated with the preparation of its Motion for Attorneys' Fees. These records provide the task performed, name of each attorney, staff attorney, or paralegal who billed time, the amount of time billed, and date the time was billed.

18. These figures do not represent the actual total billable time incurred on this matter. CVS has elected not to seek fees for a significant amount of time billed by myself, Mr. Roth, and Ms. McArthur. Accordingly, these numbers are considerably below both the actual number of hours worked by and the total amount paid by CVS for work performed by these attorneys.

19. Based on my knowledge and experience, I believe that the rates, hours, and fees CVS is seeking to recoup through its Motion as set forth above and in the attached records are reasonable for lawyers, paralegals, and litigation support staff of our experience and expertise.

20. On September 7, 2016, the U.S. District Court for the Southern District of Florida issued an order in *EEOC v. Doherty Enterprises, Inc.*, No. 9:14-cv-81884 (S.D. Fla).

21. A true and correct copy of this order is attached as Attachment 5 to this declaration.

\* \* \* \* \* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6

Executed on October 6, 2016.

_____
Eric S. Dreiband